**FILED**

AUG 0 4 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-cr-3708-TWR |
|---|---|
| Plaintiff, | **ORDER DISMISSING THE INFORMATION WITHOUT PREJUDICE AND JUDGMENT THEREON** |
| v. | |
| TAZHANE WILLIAMS (1), | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States' Motion to Dismiss the Information [ECF 57] is GRANTED, and the Information is dismissed without prejudice.

DATED: August 4, 2021

Todd Robinson

HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT COURT JUDGE